IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HOWARD RICHARD MUNGER, JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED PARCEL SERVICE, )<br>)<br>Defendant. ) | CASE NO. 1:12-CV-634-WKW<br>[WO] |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 21), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that this action is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 10th day of October, 2012.

                                                 /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE